

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00312-CV

Marcel **MARTINEZ**,
Appellant

v.

**GOLD STANDARD PLUMBING, LLC**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-17644
Honorable Aaron Haas, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the parties' "Joint Motion to Dismiss Appeal" is GRANTED. Accordingly, the judgment of the trial court is VACATED, and the cause is REMANDED to the trial court for rendition of judgment in accordance with the parties' settlement agreement. Costs of the appeal are taxed against the party who incurred them.

SIGNED April 8, 2020.

_____
Rebeca C. Martinez, Justice